# Court of Appeals
# of the State of Georgia

ATLANTA, March 30, 2018

*The Court of Appeals hereby passes the following order*

**A18D0362. ROSS KRACHINSKY et al. v. COBB COUNTY, GA et al..**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

17100442



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, March 30, 2018.*

    *I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*